UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.                                                      Case No. 4:25cv220-MCR-HTC

SIXTH JUDICIAL CIRCUIT JUDGE
PHILLIPE MATTHEY,

    Respondent.
_____/

## **O R D E R**

The Magistrate Judge issued a Report and Recommendation dated May 13, 2025 (ECF No. 3), which recommends this case be dismissed *sua sponte* pursuant to Rule 4 of the Rules Governing § 2254 Cases as frivolous. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

(2)   The petition under 28 U.S.C. § 2241 is DISMISSED under Rule 4 of the Rules Governing § 2254 Cases as frivolous.

(3)   The Clerk is directed to close the case file.

**DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**